```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
OSWALD A. LEWIS,

                    Plaintiff,

     - v. -                              Civil Action
                                         No. 16-CV-1057
                                         (Kovner, J.)
                                         (Mann, M.J.)

BUREAU OF ALCOHOL, TOBACCO & FIREARMS,
UNITED STATES MARSHAL'S SERVICE,
HOWARD STERN, AYESHA WINSTON,
CHRISTOPHER BARTOSH, PATRICK DONAHUE,
SANDY RAO, BRIAN BANKS, RYAN WESTFIELD,
ROBERT LEDOGAR and ANTHONY DINEEN,

                    Defendants.
----------------------------------------X
```

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that individual defendants Ryan Westfield, Christopher Bartosh, Brian Banks, Robert Ledogar and Anthony Dineen hereby give notice that they appeal the order of the district court, entered on April 6, 2021, denying their Motion To Dismiss For Lack Of Subject Matter Jurisdiction, pursuant to F.R.C.P 12(h)(3).

Dated: May 29, 2021

                              MARK J. LESKO
                              Acting United States Attorney
                              Eastern District of New York
                              Attorney For Defendants
                              271 Cadman Plaza East
                              Brooklyn, New York 11201

                       By:    _/s/ *Kevan Cleary*_____
                              Kevan Cleary
                              Senior Trial Counsel
                                 (718) 254-6027

kevan.cleary@usdoj.gov

To:
OSWALD LEWIS
Plaintiff *Pro Se*
#85350-053
Fort Dix
Federal Correctional Institution
P.O. Box 2000
Ft. Dix, N.J. 08640

Service By U.S. Mail