```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
OSWALD A. LEWIS,

                    Plaintiff,

     - v. -                                    Civil Action
                                               No. 16-CV-1057
                                               (Kovner, J.)
                                               (Mann, M.J.)

BUREAU OF ALCOHOL, TOBACCO & FIREARMS,
UNITED STATES MARSHAL'S SERVICE,
HOWARD STERN, AYESHA WINSTON,
CHRISTOPHER BARTOSH, PATRICK DONAHUE,
SANDY RAO, BRIAN BANKS, RYAN WESTFIELD,
ROBERT LEDOGAR and ANTHONY DINEEN,

                    Defendants.
-----------------------------------------X
```

**SUPPLEMENTAL NOTICE OF APPEAL**

PLEASE TAKE NOTICE that individual defendants Ryan Westfield, Christopher Bartosh, Brian Banks, Robert Ledogar and Anthony Dineen previously gave notice that they appeal the order of the district court, entered on April 6, 2021, denying their Motion To Dismiss For Lack Of Subject Matter Jurisdiction, pursuant to F.R.C.P 12(h)(3). The District Court issued its opinion on June 23, 2021, a copy of which is attached as Exhibit A.

Dated: July 23, 2021

JACQUELYN M. KASULIS
Acting United States Attorney
Eastern District of New York
Attorney For Defendants
271 Cadman Plaza East
Brooklyn, New York 11201

By: _/s/ *Kevan Cleary*_____
Kevan Cleary
Senior Trial Counsel
   (718) 254-6027

                                                kevan.cleary@usdoj.gov

To:  
OSWALD LEWIS  
Plaintiff *Pro Se*  
#85350-053  
Fort Dix  
Federal Correctional Institution  
P.O. Box 2000  
Ft. Dix, N.J. 08640  

Service By U.S. Mail